Stacey L. Herter, California Bar No. 185366
  Stacey.herter@bryancave.com
**BRYAN CAVE LLP**
3161 Michelson Drive, Suite 1500
Irvine, California 92612-4414
Telephone:  (949) 223-7000
Facsimile:   (949) 223-7100

Attorneys for Defendants
BANK OF NEW YORK and
COUNTRYWIDE HOME LOANS, INC.
(erroneously sued as Countrywide Home Loan, Inc.)

**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| DIANE R. TAMURA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF NEW YORK; COUNTRYWIDE HOME LOAN, INC.; FREMONT INVESTMENT & LOAN; CYPRESS CAPITAL; DOWNEY SAVINGS; DOES 1 to 50,<br><br>Defendants. | Case No.  SACV09-00083 CJC (MLGx)<br><br>**[PROPOSED] ENTRY OF JUDGMENT OF DISMISSAL**<br><br>HON. CORMAC J. CARNEY<br>COURTROOM 9B |

Having reviewed the Court's docket and the papers on file in the above-captioned matter, the Court finds the following:

1. On December 3, 2008, Plaintiff Diane R. Tamura ("Plaintiff") filed the instant action against Defendants Bank of New York and Countrywide Home Loans, Inc. (collectively "Defendants").

2. On January 20, 2009, Defendants timely removed the action from the Superior Court for the County of Orange to this Court.

3. On January 26, 2009, Defendants filed a motion to dismiss to each of the eight causes of action asserted in Plaintiff's Complaint based on the uncertainty of the claims and Plaintiff's failure to state a valid cause of action.

4. The motion to dismiss was decided on March 5, 2009. The Court granted Defendants' unopposed motion to dismiss with leave to amend. The Court's order provided that Plaintiff was required to file an amended complaint by March 25, 2009. The Court explained in its order that "Ms. Tamura has twenty days leave to amend her complaint consistent with this order."

5. Plaintiff failed to file an amended complaint by March 25, 2009.

Accordingly, for the reasons set forth above, **IT IS ORDERED, ADJUDGED AND DECREED** as follows:

That Defendants have judgment against Plaintiff Diane R. Tamura on all claims, that Plaintiff take nothing by virtue of her complaint, and that this action is hereby dismissed, with prejudice.

Dated:  April 09, 2009

Hon. Cormac J. Carney,
District Court Judge
United States District Court
Central District of California